IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| |
|---|
| UNITED STATES OF AMERICA, |
| Plaintiff, |
| vs. |
| RUTH TAYLOR, |
| Defendant., |
| And |
| SAC FEDERAL CREDIT UNION, |
| Garnishee. |

8:12CR82

ORDER TO ISSUE WRIT OF
GARNISHMENT

This matter comes before this Court on the Application For Writ of Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Garnishment against SAC Federal Credit Union, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Garnishment against SAC Federal Credit Union, whose address is 11515 South 39th Street, Bellevue, NE 68123-5209.

DATED this 1st day of August, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
JUDGE, U. S. DISTRICT COURT