# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:12CR82** |
| vs. | |
| **RUTH TAYLOR,** | **ORDER** |
| Defendant. | |

This matter is before the court on the joint oral motion of the parties made during a telephone conference with the court on October 3, 2013.

**IT IS ORDERED**:

1. Defendant shall have to **on or before October 17, 2013**, in which to file a response to the request for garnishment.

2. The United States shall have to **on or before October 31, 2013**, in which to file a reply. Whereupon, this matter shall be deemed submitted for ruling by the court.

3. The hearing scheduled for October 3, 2013, at 1:30 p.m. is cancelled.

Dated this 3rd day of October, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge